IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JOSEPH HESS**                                                                                  **PLAINTIFF**

v.                           Case No. 3:20-cv-00060-LPR

**TURN KEY MEDICAL,** *et. al.*                                                         **DEFENDANTS**

### ORDER

The Court has received a Recommendation for dismissal from Magistrate Judge Beth Deere. No objections have been filed, and the time to do so has now passed. After careful review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.[1]

Mr. Hess's claims are DISMISSED without prejudice based on his failure to identify any Defendants for the U.S. Marshals to serve. FED. R. CIV. P. 4(c)(3). Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 14th day of August 2020.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] There is one, minor point that the Court would like to clarify. The Recommendation states that Mr. Hess's claims should be dismissed "based on *his* failure to identify *and serve* Defendants . . . ." (Doc. 16) (emphasis added). But because Mr. Hess was authorized to proceed *in forma pauperis*, Mr. Hess did not have to serve the Defendants himself. FED. R. CIV. P. 4(c)(3). He did, however, have an obligation to provide the Marshal with the necessary information to perform service. As explained in the Recommendation, Mr. Hess failed to satisfy this obligation. The Court therefore understands Judge Deere to have meant that because Mr. Hess did not identify any Defendants to be served, a U.S. Marshal could not effectuate service on Mr. Hess's behalf.